O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EUGENE COUSIN,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA THOMPKINS, Warden,<br><br>Respondent. | Case No. ED CV 16-254 CAS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1       IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.
3
4                                       *Christine A. Snyder*
5 DATE: August 11, 2020
                              HON. CHRISTINA A. SNYDER
6                                        SENIOR U.S. DISTRICT JUDGE

2