JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PAUL EUGENE COUSIN,

    Petitioner,

v.

CYNTHIA TOMPKINS, Warden,

    Respondent.

Case No. ED CV 16-254 CAS (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 11, 2020

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE